No. 314. Waley *v.* Johnston, Warden. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Harmon Metz Waley, pro se.*

No. 340. Schneider, Administratrix, *v.* Lehigh Valley Railroad Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jacob Kirschenbaum* for petitioner. *Mr. Clifton P. Williamson* for respondent. ▉

No. 378. Caponigri *v.* Congleton, Trustee. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Abraham Alboum* for petitioner.